81   81|
85   107|

EMILINE LEE, Appellant, *v.* MARY A. TIMKEN, Respondent.

*Order on a demurrer, not appealable.*

An order sustaining or overruling a demurrer is not appealable ; the appeal must be from the judgment.

APPEAL by the plaintiff, Emiline Lee, from an order of the Supreme Court, made at the New York Special Term and entered

in the office of the clerk of the county of New York on the 15th day of May, 1894, sustaining the defendant's demurrer to the complaint.

*V. W. Kingsley*, for the appellant..

*Geo. E. Mott*, for the respondent.

PER CURIAM:

As we have had occasion to point out in the case of *Sheffield* v. *Robinson* (decided herewith*), an order sustaining or overruling a demurrer is not appealable; the appeal must be from the judgment.

Appeal accordingly dismissed, with ten dollars costs and disbursements.

Present—VAN BRUNT, P. J., O'BRIEN and FOLLETT, JJ.

Appeal dismissed, with ten dollars costs and disbursements.

---

* See *Sheffield* v. *Murray, Impleaded, etc.* (80 Hun, 555).